UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

               - against -

MAXINE HILL a/k/a FRIDA HILL,

               Defendant.
---------------------------------------------------------------X

DEFAULT JUDGMENT

2:05-cv-05757-ENV

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ AUG 29 2006 ★
TIME A.M. / P.M. _____

VITALIANO, D.J.

Defendant Maxine Hill also known as Frida Hill failed to appear to defend this action after having been personally served with process on January 26, 2006. The Clerk of the Court entered a Notation of Default on August 24, 2006. It is ordered that a default be entered.

It is adjudged that the United States of America recover from Maxine Hill also known as Frida Hill:

<u>Claim No. C-83717W</u>

| | |
|---|---|
| Principal Balance | $ 1,473.76 |
| Total Interest Accrued at 8% | $ 1,964.30 |
| Filing Fees and Service of Process | $ 290.00 |
| <u>Subtotal</u> | <u>$ 3,728.06</u> |
| Attorney's Fees | $ 745.61 |
| <u>Total</u> | <u>$ 4,473.67</u> |

        SO ORDERED

DATED:   Brooklyn, New York
              August 25, 2006

/s/ Hon. Eric N. Vitaliano

_____
ERIC N. VITALIANO
U.S.D.J.