**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 1 2 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

     Plaintiff,

   - against -

MAXIME HILL,

     Defendant.

------------------------------------------------------------X

AMENDED DEFAULT
JUDGMENT

2:05-cv-05757-ENV

VITALIANO, D.J.

On August 29, 2006, this Court entered a default judgment against Maxime Hill also known as Frida Hill, as the matter was then styled. On September 5, 2006 counsel for the United States informed the Court that Frida Hill was not an alias for Maxime Hill and that Frida Hill is a different person. The United States sought leave to amend the caption to remove Frida Hill as a defendant, which the Court granted on September 5, 2006.

Therefore, the August 29, 2006 default judgment styled "Maxime Hill a/k/a Frida Hill" is hereby vacated, pursuant to Federal Rule of Civil Procedure 60 (a), and this amended default judgment is ordered filed in its place.

Accordingly, it is adjudged that the United States of America recover from Maxime Hill:

Claim No.  C-83717W

| | |
|---|---|
| Principal Balance | $ 1,473.76 |
| Total Interest Accrued at 8% | $ 1,964.30 |
| Filing Fees and Service of Process | $ 290.00 |
| Subtotal | $ 3,728.06 |

| | |
|---|---|
| Attorney's Fees | $    745.61 |
| Total | $ 4,473.67 |

Counsel for the United States is directed to serve Frida Hill with a copy of this order.

SO ORDERED

DATED:    Brooklyn, New York
                  September 11, 2006

/s/

ERIC N. VITALIANO
U.S.D.J.